UNITED STATES of America, Plaintiff–Appellee,

v.

Juanita Jean DICKERSON, Defendant–Appellant.

No. 12–6546.

United States Court of Appeals, Fourth Circuit.

Submitted: June 11, 2012.

Decided: June 19, 2012.

Juanita Jean Dickerson, Appellant Pro Se. Gary L. Call, Erik S. Goes, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia; Joshua Clarke Hanks, Richard Gregory McVey, Assistant United States Attorneys, Huntington, West Virginia, for Appellee.

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juanita Jean Dickerson appeals the district court's order denying her motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006) based on Amendment 750 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dickerson,* No. 3:04–cr00083–2 (S.D.W.Va. Mar. 7, 2012). We dispense with oral argument because the fact and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*